IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

VICTOR E. HOLM,                                                        ORDER

           Plaintiff,                                         16-cv-781-bbc

      v.

MICHAEL DITTMAN, MARY LEISER,
DONALD MORGAN, LINDSAY WALKER,
ISAAC HART, D. HAUTAMAKI,
OFFICER BEGLEY, OFFICER PIGEON and
OFFICER FRICK,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on February 2, 2017, this court dismissed plaintiff Victor E. Holm's complaint because it failed to state a claim upon which relief may be granted, and gave him until February 21, 2017 to file an amended complaint. The court told plaintiff that if he failed to respond by February 21, his case would be dismissed with prejudice for failure to state a claim upon which relief may be granted and he would be issued a strike in accordance with 28 U.S.C. § 1915(g). Paul v. Marberry, 658 F.3d 702, 704-06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8). To date, plaintiff has not filed an amended complaint or otherwise responded to the court's February 2 order. Accordingly, this case will be dismissed.

1

ORDER

IT IS ORDERED that

1. This case is DISMISSED with prejudice for plaintiff Victor E. Holm's failure to state a claim upon which relief may be granted.

2. A strike will be recorded in accordance with 28 U.S.C. § 1915(g).

3. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 6th day of March, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge