IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR E. HOLM,

        JUDGMENT IN A CIVIL CASE

  Plaintiff,

        16-cv-781-bbc

v.

MICHAEL DITTMAN, MARY LEISER,
DONALD MORGAN, LINDSAY WALKER,
ISAAC HART, D. HAUTAMAKI,
OFFICER BEGLEY, OFFICER PIGEON and
OFFICER FRICK,

  Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff Victor Holm's failure to state a claim upon which relief may be granted.

| /s/ | 3/6/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |